## Commonwealth *v.* Taylor, Appellant.

Submitted September 10, 1973. *Robert E. Mozenter*, for appellant; *Milton M. Stein* and *James T. Ranney*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.